Antonio Pitroni et ux., et al., complainants-respondents,

*v.*

Joseph D. Giacomo et al., defendants-appellants.

[Argued October 17th, 1935.  Decided January 31st, 1936.]

532

534

*Mr. Emerson L. Richards,* for the appellants.

*Messrs. Bleakley, Stockwell & Burling,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Sooy.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, BODINE, HETFIELD, DEAR, WELLS, WOLFSKEIL, JJ. 7.

*For reversal*—CASE, DONGES, HEHER, PERSKIE, RAFFERTY, JJ. 5.